**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **ABC,** | |
|       **Plaintiff,** | |
| **v.** | |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | **Civil Action No. 1:25-CV-_____** |
|       **Defendants.** | |

**PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**

Plaintiff ABC ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 26(d)(1), hereby moves for leave to serve a Rule 45 subpoena for early, expedited discovery, solely to seek Defendants' identities, email address, contact information, sales information, and the value of Defendants' financial accounts with Amazon.com; AliExpress.com; eBay; Fruugo; SHEIN; Temu; Walmart; and Wish.com, collectively the "Webstores."

For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully requests that this Court permit expedited discovery of information held by the Webstores related to the Defendants identified in Schedule A of the Verified Complaint.

Date: December 22, 2025

Respectfully submitted,

   /s/  Erik N. Lund
Erik N. Lund
elund@dnlzito.com
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac pending*)
rcadle@dnlzito.com
Tel. (202) 763-5086

DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*