Robert B. Cadle, DC Bar no. 90039978 (*pro hac vice*)
rcadle@dnlzito.com
**DNL ZITO**
1250 Connecticut Ave., Suite 700
Washington, DC 20036
(202) 763-5086

Thomas J. Romano, OSB No. 053661
tj@krdglaw.com
**KOLITCH ROMANO DASCENZO GATES LLP**
621 SW Morrison St #1100
Portland, OR 97205-3801
(503) 994-1650

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| ABC, | Case No.: 3:26-cv-00061-IM |
| Plaintiff, | |
| v. | **Plaintiff ABC's**<br>**REQUEST FOR HEARING ON *EX PARTE* MOTIONS FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND SERVICE OF PLEADINGS BY E-MAIL** |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | **Oral Argument Requested** |
| Defendant(s). | |

Plaintiff, ABC, hereby formally requests this Court for a hearing on Plaintiff's pending

motions for (1) Temporary Restraining Order (ECF 9), pursuant to Fed. R. Civ. P. 65(b), (2)

Request for Hearing on *Ex Parte* Motions
for Temporary Restraining Order,
Expedited Discovery, and
Service of Pleadings by E-mail                    1

Expedited Discovery (ECF 12), pursuant to Fed. R. Civ. P. 26(d)(1), and Leave for Service of

Pleadings by Email (ECF 15), pursuant to Fed. R. Civ. P. 4(f), to be set in due course.


 Date: February 19, 2026                          Respectfully Submitted,


                                                   /s/ Robert B. Cadle
                                                  Robert B. Cadle (*pro hac vice*)
                                                  DC Bar no. 90039978
                                                  DNL Zito
                                                  1250 Connecticut Ave NW, #700
                                                  Washington, DC 20036
                                                  T: (202) 763-5086
                                                  rcadle@dnlzito.com

                                                  Thomas J. Romano, OSB No. 053661
                                                  tj@krdglaw.com
                                                  Kolitch Romano Dascenzo Gates LLP
                                                  621 SW Morrison St #1100
                                                  Portland, OR 97205-3801
                                                  (503) 994-1650

                                                  *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Oregon, using the Court's electronic case filing system, and the foregoing document has been electronically served on all counsel of record.

                                       By: /s/ *Robert B. Cadle*
                                             Robert B. Cadle


Request for Hearing on *Ex Parte* Motions
for Temporary Restraining Order,
Expedited Discovery, and
Service of Pleadings by E-mail                    2