## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| **ABC**, | Case No. 3:26-cv-00061-IM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR SERVICE OF PLEADINGS BY EMAIL** |
| v. | |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A**, | |
| Defendants. | |

**IMMERGUT, District Judge.**

Before the Court is Plaintiff's *ex parte* motion for Service of Pleadings by Email, ECF 15. This Court finds that because service of process by email has been found to provide constitutionally adequate notice of lawsuits, and because Plaintiff has shown that it is the most likely mechanism to provide Defendants with notice of this action, the Court GRANTS Plaintiff's motion. In this case, service of process by email is reasonably calculated to provide

PAGE 1 – ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR SERVICE OF PLEADINGS BY EMAIL

Defendants with notice of this action and is allowed under Federal Rule of Civil Procedure 4(f)(3). Therefore, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff may serve Defendants by email. Each email should contain a summons, a copy of the Complaint, and a copy of this order; and it is further

ORDERED that, after Plaintiff has served Defendants with the summons, the Complaint, and this order, Plaintiff must file a notice of service with the Clerk's office affirming compliance with this order and indicated the date each email was sent to each Defendant.

**IT IS SO ORDERED.**

DATED this 25th day of March, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR SERVICE OF PLEADINGS BY EMAIL