Robert B. Cadle, DC Bar no. 90039978 (*pro hac vice*)
rcadle@dnlzito.com
Joseph J. Zito, DC Bar no. 410913 (*pro hac vice*)
jzito@dnlzito.com
**DNL ZITO**
1250 Connecticut Ave., Suite 700
Washington, DC 20036
(202) 763-5086

Thomas J. Romano, OSB No. 053661
tj@krdglaw.com
**KOLITCH ROMANO DASCENZO GATES LLP**
621 SW Morrison St #1100
Portland, OR 97205-3801
(503) 994-1650

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ABC, | Case No.: 3:26-cv-00061-IM |
| Plaintiff, | |
| v. | **Plaintiff ABC's** *Ex Parte* **Motion to Unseal** |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | **and Replace Pseudonym** |
| Defendant(s). | |

Plaintiff, ABC, ("Plaintiff") by counsel, hereby submits this motion to Unseal and Replace Pseudonym to unseal previously sealed portions of the docket and to replace Plaintiff's current pseudonym with its legal name "Titus Industries LLC."

*Ex Parte* Motion to Unseal
And Replace Pseudonym

On December 22, 2025, Plaintiff moved to file the following documents under seal or partially redacted: (1) Cover Page of the Verified Complaint (Dkt. no. 6-3), (2) Verified Complaint and exhibits (Dkt. no. 6; 6-1; 6-2; 7), (3) Memorandum in Support of Temporary Restraining Order (Dkt. no. 10), and (4) it's Motion for Leave to File Under Seal and Proceed Under Pseudonym with supporting Memorandum (Dkt. no. 4; 5).

Plaintiff's motion was granted on December 23, 2025. Dkt. no. 18. Plaintiff's name was replaced with the pseudonym "ABC" to preserve the status quo and the integrity of the proceedings. The order currently remains in effect.

All defendants have been made aware of the proceedings and have notice of the current suit against them. Plaintiff now submits that the justification for the order to seal and proceed under pseudonym has been fulfilled and there is no longer need to maintain any of the pleadings under seal or to proceed pseudonymously.

Plaintiff respectfully moves this Court to unseal those portions of the docket which have been maintained under seal and to replace the pseudonym "ABC" with Plaintiff's real name "Titus Industries LLC."

Date: April 14, 2026

Respectfully Submitted,
DNL ZITO

 /s/ Robert B. Cadle
Robert B. Cadle
1250 Connecticut Ave NW, #700
Washington, DC 20036
T: (202) 763-5086
rcadle@dnlzito.com

*Attorneys for Plaintiff*

*Ex Parte* Motion to Unseal
And Replace Pseudonym

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Oregon, using the Court's electronic case filing system, and the foregoing document has been electronically served on all counsel of record. I further certify this foregoing pleading will be electronically served in due course on all known defendants of record via their verified e-mail addresses.

By: /s/ *Robert B. Cadle*
Robert B. Cadle

Date: April 14, 2026

*Ex Parte* Motion to Unseal
And Replace Pseudonym